## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| PATRICIA M. FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.: 2017-cv-2099 |
| | ) |
| STEAK 'N SHAKE, INC., | ) |
| | ) |
| Defendant(s). | ) |

### AMENDED CERTIFICATE OF COMPLIANCE
### WITH LOCAL RULE 7.1

In accordance with Local Rule 7.1, the undersigned counsel hereby certifies that the argument section of Plaintiff's Response to Defendant's Motion for Summary Judgment filed on November 5, 2018 complies with the type volume limitation of Local Rule 7.1 in that the Introduction and Argument section of this document consists of **2,629** words as indicated by the word processing program used to prepare the document.

By:   /s/ Ronald S. Langacker
Ronald S. Langacker, #6239469
Attorney for Plaintiff
Langacker Law, Ltd.
102 E. Main Street, Suite 100
Urbana, Illinois 61801
(217) 954-1025
(217) 903-5255
ron@langackerlaw.com

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on November 6, 2018, he electronically filed the above with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participant(s):

Mr. Kenneth B. Siepman
Ms. Christina M. Kamelhair
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
(317) 916-1300
kenneth.siepman@ogletree.com
christina.kamelhair@ogletree.com

            Respectfully Submitted,

            By: /s/Ronald S. Langacker
            Ronald S. Langacker, #6239469
            Attorney for Plaintiff
            Langacker Law, Ltd.
            102 E. Main Street, Suite 100
            Urbana, Illinois 61801
            (217) 954-1025
            (217) 903-5255
            ron@langackerlaw.com